IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH CHAPMAN,** : | |
| Plaintiff, : | |
| v. : | Civil Action No. 11-0097-CG-C |
| **WRIGHT TRANSPORTATION,** : | |
| Defendant. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 10, 2011 is **ADOPTED** as the opinion of this court.

Additionally, the motion to amend the complaint (Doc. 32) is **DENIED AS MOOT** for the reasons expressed in the report and recommendation, and because the additional cause of action the plaintiff wishes to allege in an amended complaint is a state cause of action over which the court does not have jurisdiction.

**DONE and ORDERED** this 26th day of August, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE